```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Thomas M. Mcneil

    v.                                                               Case No. 22-cv-00385-SE

Deutsche Bank

<u>ORDER</u>

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated October 17, 2023. For the reason explained therein, I dismiss this case without prejudice for failure to prosecute.

    "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk of court to enter judgment and close this case.

                                                  /s/ SD Elliott
                                                  _____
                                                  Samantha D. Elliott
                                                 United States District Judge

Date: November 1, 2023

cc: Counsel of Record
Thomas M. Mcneil, pro se